1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                     AT SEATTLE

7    MARK ALAN HAYS,

8                    Plaintiff,

9            v.                                    Case No. C09-98RAJ

10   SHANE ANDERSON, et al.,                       TAXATION OF COSTS

11                   Defendants.

12

13           Costs in the above-entitled cause are hereby taxed against PLAINTIFF MARK ALAN HAYS

14   and on behalf of DEFENDANTS in the unopposed amount of $2,986.24.

15           Entered this ____15th_____ day of MARCH , 2010 .

16

17

18           _____

19           Bruce Rifkin

20           Clerk, U.S. District Court

21

22

23

24

25

26   TAXATION OF COSTS -- 1